UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,
aka GARY FISHER,

    Petitioner,

    v.

DIRECTOR OF OB,

    Respondent.

Case No. 14-cv-02754-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Gary Dale Barger has failed to comply with the Court's order to perfect his application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00. The IFP application is deficient because Barger has not submitted a (1) signed IFP application; (2) Certificate of Funds completed and signed by an authorized prison officer, and (3) prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain (1) the three documents listed above, **or** (2) full payment for the filing fee of $5.00. Barger's IFP application (Docket No. 2) is DENIED as incomplete. His motion for the appointment of counsel (Docket No. 3) is DENIED without prejudice. Barger may refile such motion with the IFP documents listed above. The Clerk shall terminate Docket Nos. 2 and 3, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** August 12, 2014

                                      WILLIAM H. ORRICK
                                      United States District Judge